## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

United States of America ex rel.
The Tarbell Group, LLC,

    Plaintiff

      v.

American Academy of Facial Plastic and
    Reconstructive Surgery,
American Academy of Otolaryngology—Head
    and Neck Surgery,
American Medical Student Association,
American Society of Cataract and Refractive
    Surgery,
American Society of Consultant Pharmacists,
American Society of Pension Professionals &
    Actuaries,
Aragona Village Lodge No. 1198 Loyal Order
    of Moose,
Arlington-Fairfax Lodge No. 2188 Benevolent
    and Protective Order of Elks,
Armed Forces Benefit Association,
Association of Independent Corrugated
    Converters,
Association of Quartermasters,
Callao Lodge No. 917 Loyal Order of Moose,
Catholic Club,
Colonial Heights Swim & Yacht Club,
Country Club of Petersburg Inc.,
Eastern Shore Yacht & Country Club,
Edsall Park Swim Club Inc.,
Federation of State Boards of Physical Therapy,
Fraternal Order of Eagles—882 Aerie,
Fredericksburg Lodge No. 1655 Loyal Order of
    Moose,
Global Resilience Federation Inc.,
Greenfield Community Association Inc.,
Hampton Roads Utility and Heavy Contractors
    Association,
International Brotherhood of Electrical Workers
    Local Union 80,
Joint Apprenticeship Committee—Tidewater
    Electrical Industry,



Case no.   1:24 CV1245

**FILED UNDER SEAL PURSUANT TO
31 U.S.C. § 3730(b)(2)**

Kingswood Recreation Association,
Lake Caroline Property Owners Association Inc.,
Loudoun Fairfax Hunt Inc.,
Loudoun Hunt Inc.,
Machinery Dealers National Association,
Marine Machinery Association,
Master Builders Association of Metropolitan Washington D.C.,
Mathews Boat Club Inc.,
Mecklenburg Country Club Inc.,
Middleburg Hunt Association Inc.,
Middleburg Tennis Association,
Mosby Woods Recreation Association,
National Association of Independent Life Brokerage Agencies,
Northampton County Chamber of Commerce,
Nottoway River Country Club,
The Old Dominion Club of Richmond,
Online Lenders Alliance,
Overlee Community Association Inc.,
Portsmouth Lodge No. 898 Loyal Order of Moose,
Professional Insurance Agents Association of Virginia and the District of Columbia,
Rappahannock Recreation Association,
Saudi U.S. Trade Group Inc.,
Society of American Florists and Ornamental Horticulturalists,
South Hill Lodge No. 1872 Loyal Order of Moose,
Sterling Park Golf Swim &Tennis Club,
Tanglewood Shores Association Inc.,
Tappahannock-Warsaw Lodge No. 2133 Loyal Order of Moose,
Town Club–Portsmouth Inc.,
Transportation Intermediaries Association,
Tuckahoe-Richmond Lodge No. 1163 Loyal Order of Moose,
U.S. Technology Leadership Council,
United Order of Tents of J.R. Giddings & Jollifee Union,
Villa Aquatic Club Inc.,
Virginia Association of Elementary School Principals,
Virginia Association of Secondary School

2

Principals Inc.,
Virginia Dental Association,
Virginia Foundation for Research and Economic
    Education Inc.,
Virginia Hispanic Chamber of Commerce,
Virginia Manufacturers Association, and
Warwick Yacht and Country Club Inc.,

    Defendants

1: 24 cv 1245

## COMPLAINT

### Nature of the Case

1.    Relator The Tarbell Group, LLC, brings this action for itself and the United States under the False Claims Act, 31 U.S.C. §§ 3729-3733, to recover funds illegally obtained by the defendants under federal COVID-19 relief laws.

### Jurisdiction and Venue

2.    The Court has jurisdiction of, and is the appropriate venue for, this matter because it arises under a federal law, because the United States is a plaintiff, and because in this judicial district each defendant can be found, resides, transacts business in, or committed an act proscribed by the False Claims Act. 28 U.S.C. §§ 1331, 1345; 31 U.S.C. § 3732(a).

### Parties—Relator

3.    Relator The Tarbell Group, LLC, is a limited liability company located in and organized under the laws of the Commonwealth of Virginia.

### Parties—501(c)(5) Defendants

4.    Defendant International Brotherhood of Electrical Workers Local Union 80 is an entity exempt from taxation under section 501(c)(5) of the Internal Revenue Code, 26 U.S.C. § 501(c)(5) ("Tax-Exempt 501(c)(5) Organization"). On the loan application(s) at issue herein, this defendant gave its address as 828 Providence Road, Chesapeake, VA.

3

5.    Defendant Joint Apprenticeship Committee—Tidewater Electrical Industry is a Tax-Exempt 501(c)(5) Organization. On the loan application(s) at issue herein, this defendant gave its address as 828 Providence Road, Chesapeake, VA.

6.    Defendant Society of American Florists and Ornamental Horticulturalists is a Tax-Exempt 501(c)(5) Organization. On the loan application(s) at issue herein, this defendant gave its address as 1001 North Fairfax Street, Suite 201, Alexandria, VA.

<strong>Parties—501(c)(6) Defendants</strong>

7.    Defendant American Academy of Facial Plastic and Reconstructive Surgery is an entity exempt from taxation under section 501(c)(6) of the Internal Revenue Code, 26 U.S.C. § 501(c)(6) ("Tax-Exempt 501(c)(6) Organization"). On the loan application(s) at issue herein, this defendant gave its address as 310 South Henry Street, Alexandria, VA.

8.    Defendant American Academy of Otolaryngology—Head and Neck Surgery is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 1650 Diagonal Road, Alexandria, VA.

9.    Defendant American Medical Student Association is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 45610 Woodland Road, Suite 300, Sterling, VA.

10.    Defendant American Society of Cataract and Refractive Surgery is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 4000 Legato Road, Suite 700, Fairfax, VA.

11.    Defendant American Society of Consultant Pharmacists is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 1240 North Pitt Street, Alexandria, VA.

4

12. Defendant American Society of Pension Professionals & Actuaries is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 4414 North Fairfax Drive, Arlington, VA.

13. Defendant Association of Independent Corrugated Converters is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 113 South West Street, Alexandria, VA.

14. Defendant Association of Quartermasters is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 4310 Lee Ave, Fort Lee, VA.

15. Defendant Federation of State Boards of Physical Therapy is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 124 SouthWest Street, 3rd Floor, Alexandria, VA.

16. Defendant Global Resilience Federation Inc. is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 13221 Woodland Park Road, Suite 310, Herndon, VA.

17. Defendant Hampton Roads Utility and Heavy Contractors Association is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 5911 Harbor View Boulevard, Suite 220, Suffolk, VA.

18. Defendant Machinery Dealers National Association is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 315 South Patrick Street, Alexandria, VA.

5

19.    Defendant Marine Machinery Association is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 8665 Sudley Road #270, Manassas, VA.

20.    Defendant Master Builders Association of Metropolitan Washington D.C. is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 3033 Wilson Boulevard, Suite 700, Arlington, VA.

21.    Defendant National Association of Independent Life Brokerage Agencies is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 11325 Random Hills Road, Suite 110, Fairfax, VA.

22.    Defendant Northampton County Chamber of Commerce is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 16404 Courthouse Road, Eastville, VA.

23.    Defendant Online Lenders Alliance is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 1235 South Clark Street, Suite 405, Arlington, VA.

24.    Defendant Professional Insurance Agents Association of Virginia and the District of Columbia is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 1059 Technology Park Drive, Glen Allen, VA.

25.    Defendant Saudi U.S. Trade Group Inc. is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 8212 Old Courthouse Road, [Floor] 2, Vienna, VA.

26.     Defendant Transportation Intermediaries Association is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 1625 Prince Street, Suite 200, Alexandria, VA.

27.     Defendant U.S. Technology Leadership Council is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 1124 Greenway Road, Alexandria, VA.

28.     Defendant Virginia Association of Elementary School Principals is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 1805 Chantilly Street, Richmond, VA.

29.     Defendant Virginia Association of Secondary School Principals Inc. is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 4909 Cutshaw Avenue, Richmond, VA.

30.     Defendant Virginia Dental Association is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 3460 Mayland Court, Henrico, VA.

31.     Defendant Virginia Foundation for Research and Economic Education Inc. is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 13320 Hardings Trace Way, Henrico, VA.

32.     Defendant Virginia Hispanic Chamber of Commerce is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 10700 Midlothian Turnpike, Suite 200, North Chesterfield, VA.

33.    Defendant Virginia Manufacturers Association is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 2108 West Laburnum Avenue, Suite 230, Richmond, VA.

## Parties—501(c)(7) Defendants

34.    Defendant Catholic Club is an entity exempt from taxation under section 501(c)(7) of the Internal Revenue Code, 26 U.S.C. § 501(c)(7) ("Tax-Exempt 501(c)(7) Organization"). On the loan application(s) at issue herein, this defendant gave its address as 3407 Race Street, Portsmouth, VA.

35.    Defendant Colonial Heights Swim & Yacht Club is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as P.O. Box 305, Colonial Heights, VA.

36.    Defendant Country Club of Petersburg Inc. is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 1250 Flank Road, Petersburg, VA.

37.    Defendant Eastern Shore Yacht & Country Club is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 14421 Country Club Road, Melfa, VA.

38.    Defendant Edsall Park Swim Club Inc. is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 5505 Montgomery Street, Springfield, VA.

39.    Defendant Greenfield Community Association Inc. is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as P.O. Box 35095, Richmond, VA.

8

40. Defendant Kingswood Recreation Association is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 111A Spring Road, Williamsburg, VA.

41. Defendant Lake Caroline Property Owners Association Inc. is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 75 Saratoga Cove, Ruther Glen, VA.

42. Defendant Loudoun Fairfax Hunt Inc. is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 21 North King Street, Leesburg, VA.

43. Defendant Loudoun Hunt Inc. is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as P.O. Box 224, Leesburg, VA.

44. Defendant Mathews Boat Club Inc. is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 390 Yacht Club Road, Hudgins, VA.

45. Defendant Mecklenburg Country Club Inc. is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 45 Country Club Drive, Chase City, VA.

46. Defendant Middleburg Hunt Association Inc. is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 22845 Middleburg Hunt Lane, Middleburg, VA.

47.    Defendant Middleburg Tennis Association is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 1777 Zulla Road, Middleburg, VA.

48.    Defendant Mosby Woods Recreation Association is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 3136 Plantation Parkway, Fairfax, VA.

49.    Defendant Nottoway River Country Club is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 547 Country Club Lane, Blackstone, VA.

50.    Defendant The Old Dominion Club of Richmond is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 218 East Main Street, Richmond, VA.

51.    Defendant Overlee Community Association Inc. is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 6030 Lee Highway, Arlington, VA.

52.    Defendant Rappahannock Recreation Association is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 566 Airport Road, Tappahannock, VA.

53.    Defendant Sterling Park Golf Swim &Tennis Club is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 333 South Sterling Boulevard, Sterling, VA.

54. Defendant Tanglewood Shores Association Inc. is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 74 Tanglewood Drive, Bracey, VA.

55. Defendant Town Club–Portsmouth Inc. is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 3301 South Street, Portsmouth, VA.

56. Defendant Villa Aquatic Club Inc. is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 4299 Andes Drive, Fairfax, VA.

57. Defendant Warwick Yacht and Country Club Inc. is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 400 Maxwell Lane, Newport News, VA.

### Parties—501(c)(8) Defendants

58. Defendant Aragona Village Lodge No. 1198 Loyal Order of Moose is an entity exempt from taxation under section 501(c)(8) of the Internal Revenue Code, 26 U.S.C. § 501(c)(8) ("Tax-Exempt 501(c)(8) Organization"). On the loan application(s) at issue herein, this defendant gave its address as 3133 Shipps Corner Road, Virginia Beach, VA.

59. Defendant Arlington-Fairfax Lodge No. 2188 Benevolent and Protective Order of Elks is a Tax-Exempt 501(c)(8) Organization. On the loan application(s) at issue herein, this defendant gave its address as 8421 Arlington Boulevard, Fairfax, VA.

60. Defendant Callao Lodge No. 917 Loyal Order of Moose is a Tax-Exempt 501(c)(8) Organization. On the loan application(s) at issue herein, this defendant gave its address as 968 Northumberland Highway, Callao, VA.

61.    Defendant Fraternal Order of Eagles—882 Aerie is a Tax-Exempt 501(c)(8) Organization. On the loan application(s) at issue herein, this defendant gave its address as 235 Franklin Street, Petersburg, VA.

62.    Defendant Fredericksburg Lodge No. 1655 Loyal Order of Moose is a Tax-Exempt 501(c)(8) Organization. On the loan application(s) at issue herein, this defendant gave its address as 11917 Cherry Road, Fredericksburg, VA.

63.    Defendant Portsmouth Lodge No. 898 Loyal Order of Moose is a Tax-Exempt 501(c)(8) Organization. On the loan application(s) at issue herein, this defendant gave its address as 1400 George Washington Highway North, Chesapeake, VA.

64.    Defendant South Hill Lodge No. 1872 Loyal Order of Moose is a Tax-Exempt 501(c)(8) Organization. On the loan application(s) at issue herein, this defendant gave its address as 1201 West Danville Street, South Hill, VA.

65.    Defendant Tappahannock-Warsaw Lodge No. 2133 Loyal Order of Moose is a Tax-Exempt 501(c)(8) Organization. On the loan application(s) at issue herein, this defendant gave its address as 106 Dock Street, Tappahannock, VA.

66.    Defendant Tuckahoe-Richmond Lodge No. 1163 Loyal Order of Moose is a Tax-Exempt 501(c)(8) Organization. On the loan application(s) at issue herein, this defendant gave its address as 4366 Springfield Road, Glen Allen, VA.

67.    Defendant United Order of Tents of J.R. Giddings & Jollifee Union is a Tax-Exempt 501(c)(8) Organization. On the loan application(s) at issue herein, this defendant gave its address as 1620 Church Street, Norfolk, VA.

**Parties—501(c)(9) Defendant**

68.    Defendant Armed Forces Benefit Association is an entity exempt from taxation under section 501(c)(9) of the Internal Revenue Code, 26 U.S.C. § 501(c)(9) ("Tax-Exempt

501(c)(9) Organization"). On the loan application(s) at issue herein, this defendant gave its address as 909 North Washington Street, Alexandria, VA.

### Background

69.     To provide economic relief and stimulate the economy during the COVID-19 pandemic, Congress in 2020 enacted the Coronavirus Aid, Relief, and Economic Security Act, Pub. L. 116-136, amended by, inter alia, the Paycheck Protection Program Flexibility Act of 2020, Pub. L. 116-142 and the American Rescue Plan Act of 2021, Pub. L. 117-2 (2021) (together with implementing regulations, referred to herein as the "PPP Program"). The PPP Program effectively transferred money from the federal government to eligible recipients via the United States Small Business Administration ("SBA"). The transfers took the form of private loans guaranteed, forgiven and reimbursed by SBA ("PPP Loans"). PPP Loan recipients could receive up to two loans, one in each of two tranches, each called a "draw," i.e., first-draw and second-draw PPP Loans.

70.     A recipient could receive a second-draw loan only after having obtained a first-draw loan.

71.     As a condition of receiving PPP Loans and forgiveness thereof, each applicant was required to certify its eligibility under the PPP Program.

72.     The PPP Program excluded Tax-Exempt 501(c)(5) Organizations from eligibility until March 11, 2021.

73.     The PPP Program excluded Tax-Exempt 501(c)(6) Organizations from eligibility until December 27, 2020.

74.     The PPP Program excluded Tax-Exempt 501(c)(7) Organizations from eligibility until March 11, 2021.

13

75. The PPP Program excluded Tax-Exempt 501(c)(8) Organizations from eligibility until March 11, 2021.

76. The PPP Program excluded Tax-Exempt 501(c)(9) Organizations from eligibility until March 11, 2021.

77. Defendants each applied for and received PPP Loans for which they were legally ineligible.

78. Some defendants also applied for and received second PPP Loans for which they were ineligible as "fruit of the poisonous tree," because receipt of a first-draw loan was a prerequisite to receive a second-draw loan.

**PPP Loans**

79. Defendants received approval for, and forgiveness of, their PPP Loans on the dates and in the amounts shown on the table attached hereto, despite being legally ineligible for the same.

**First Cause of Action**
**False Claims Act, 31 U.S.C. § 3729**
**PPP Loan(s)**

80. Relator repeats and realleges each of the foregoing paragraphs.

81. Each defendant was ineligible to receive its PPP Loan(s) at the time it applied and received approval for the same.

82. Each defendant did knowingly present, or cause or be presented, a false or fraudulent claim for payment or approval, to the injury of the United States, by falsely certifying that it was eligible for a PPP Loan and forgiveness thereof and thereby receiving the same.

83. Each defendant did knowingly make, use, or cause to be made or use, a false record or statement material to a false or fraudulent claim, to the injury of the United States, by

14

falsely certifying that it was eligible for a PPP Loan and forgiveness thereof and thereby receiving the same.

84.     Each defendant did knowingly make, use, or cause to be made or used, a false record or statement material to, or did knowingly conceal, or did knowingly and improperly avoid or decrease, an obligation to pay or transmit money or property to the United States government, by falsely certifying that it was eligible for a PPP Loan and forgiveness thereof and thereby receiving the same.

**Second Cause of Action**
**False Claims Act, 31 U.S.C. § 3729**
**Fruit of the Poisonous Tree**

85.     Relator repeats and realleges each of the foregoing paragraphs.

86.     The following defendants received second-draw PPP Loans for which they were ineligible due to their failure lawfully to obtain first-draw PPP Loans:

      a.     American Academy of Facial Plastic and Reconstructive Surgery

      b.     American Academy of Otolaryngology—Head and Neck Surgery

      c.     American Medical Student Association

      d.     American Society of Cataract and Refractive Surgery

      e.     American Society of Consultant Pharmacists

      f.     American Society of Pension Professionals & Actuaries

      g.     Association of Independent Corrugated Converters

      h.     Association of Quartermasters

      i.     Country Club of Petersburg Inc.

      j.     Global Resilience Federation Inc.

      k.     Hampton Roads Utility and Heavy Contractors Association

      l.     Machinery Dealers National Association

15

m.   Middleburg Hunt Association Inc.

n.   National Association of Independent Life Brokerage Agencies

o.   Overlee Community Association Inc.

p.   South Hill Lodge No. 1872 Loyal Order of Moose

q.   Virginia Association of Secondary School Principals Inc.

r.   Virginia Hispanic Chamber of Commerce

s.   Virginia Manufacturers Association

87.   Because these defendants received their first-draw PPP Loans via fraud and under false pretenses, their second-draw PPP Loans constituted "fruit of the poisonous tree" and were unlawfully obtained.

88.   Each of these defendants did knowingly present, or cause or be presented, a false or fraudulent claim for payment or approval, to the injury of the United States, by falsely certifying that it was eligible for a second-draw PPP Loan and forgiveness thereof and thereby receiving the same.

89.   Each of these defendants did knowingly make, use, or cause to be made or use, a false record or statement material to a false or fraudulent claim, to the injury of the United States, by falsely certifying that it was eligible for a second-draw PPP Loan and forgiveness thereof and thereby receiving the same.

90.   Each of these defendants did knowingly make, use, or cause to be made or used, a false record or statement material to, or did knowingly conceal, or did knowingly and improperly avoid or decrease, an obligation to pay or transmit money or property to the United States government, by falsely certifying that it was eligible for a second-draw PPP Loan and forgiveness thereof and thereby receiving the same.

## Prayer for Relief

91.   WHEREFORE, Relator prays for the following relief against each defendant:

    a.   A declaration that each defendant did violate the False Claims Act;

    b.   An amount thrice the amount of PPP Loans and interest forgiven or otherwise not repaid with respect to each defendant, lending fees paid by SBA, foregone interest, and all other damages suffered by the United States government, plus civil penalties and applicable interest, under 31 U.S.C. § 3729(a)(1);

    c.   The cost of this civil action, apportioned to each defendant respectively in proportion to its share of the aggregate damages recouped herein, under 31 U.S.C. § 3729(a)(3);

    d.   An award to relator, including its reasonable expenses, attorneys' fees, and costs, under 31 U.S.C. § 3730(d)(1) or (2), as applicable; and

    e.   Such other and further relief as may be just and proper.

## Demand for Jury Trial

92.   Relator demands a trial by jury.

Respectfully submitted,

*Bruce Ellis Fein*

**Law Office of Bruce Ellis Fein, PLLC**
Bruce Ellis Fein, Esq.
P.O. Box 506
Great Falls, VA 22066
bruce@newdream.net
703-248-0390
*Attorney for Relator*

17