IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA EX REL. THE TARBELL GROUP, LLC, | ) | |
| Plaintiff, | ) | 1:24-cv-1245 (LMB/IDD) |
| v. | ) | |
| AM. ACADEMY OF FACIAL PLASTIC AND RECONSTRUCTIVE SURGERY, et al., | ) | |
| Defendants. | ) | |

ORDER

Normally a civil action must be dismissed without prejudice if the complaint is not served within ninety (90) days of being filed. See Fed. R. Civ. P. 4(m). In this case, relator The Tarbell Group, LLC filed the Complaint under seal on July 17, 2024. On January 27, 2025, the United States declined to intervene, and the Court ordered on January 30, 2025 that the Complaint be unsealed and that the relator serve it upon the defendants. As of June 5, 2025, the relator has neither responded to that order nor appeared to have served the Complaint. Accordingly, it is hereby

ORDERED that this civil action will be dismissed with prejudice for failure to prosecute and to follow a court order unless the relator can SHOW CAUSE within fourteen (14) days as to why it has not served the Complaint.

The Clerk is directed to forward a copy of this Order to counsel of record.

Entered this 6th day of June, 2025.

Alexandria, Virginia

/s/ LMB
**Leonie M. Brinkema**
**United States District Judge**