**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

United States of America ex rel.
The Tarbell Group, LLC,

Plaintiff

v.

American Academy of Facial Plastic and
Reconstructive Surgery, et al.,

Defendants

Case no. 1:24-cv-1245-LMB-IDD

**MOTION FOR EXTENSION OF TIME TO SERVE COMPLAINT**

On June 6, 2025, the Court issued a show-cause order due to Relator's failure to serve the Complaint, as the Court ordered it to do on January 30, 2025.

To the best of my knowledge and belief, Relator was never served with the Court's January 30, 2025 order, nor with the government's notice of non-intervention. I only became aware of the filings by happenstance while searching the PACER system for another case on or about May 10, 2025. After a diligent search of my e-mail, I could find no notice of electronic filing for either document, nor did I receive them by mail.

Accordingly, Relator respectfully requests that the deadline to serve the complaint be extended by ninety (90) days. Relator will also inquire with the clerk's office to ensure proper receipt of future filings.

Respectfully submitted,

/s/

**Law Office of Bruce Ellis Fein, PLLC**
Bruce Ellis Fein, Esq.
Virginia State Bar # 44049
P.O. Box 506
Great Falls, VA 22066
bruce@newdream.net
703-248-0390
*Attorney for Relator*

June 9, 2025