IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA EX REL. THE TARBELL GROUP, LLC, | ) | |
| Plaintiff, | ) | 1:24-cv-1245 (LMB/IDD) |
| v. | ) | |
| AM. ACADEMY OF FACIAL PLASTIC AND RECONSTRUCTIVE SURGERY, et al., | ) | |
| Defendants. | ) | |

ORDER

On June 6, 2025, a show cause order was issued due to relator's failure to serve the Complaint pursuant to the January 30, 2025 order. On June 10, 2025, the relator explained that it was unaware of the January 30, 2025 order and the government's decision not to intervene, and requested that the deadline to serve the Complaint be extended by ninety (90) days. Accordingly, it is hereby

ORDERED that the deadline to serve the Complaint be and is extended by ninety (90) days. The relator shall serve the Complaint upon the defendants by Tuesday, July 29, 2025.

The Clerk is directed to forward a copy of this Order to counsel of record.

Entered this 10th day of June, 2025.

Alexandria, Virginia

/s/ [signature]
Leonie M. Brinkema
United States District Judge