**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

United States of America ex rel.
The Tarbell Group, LLC,

Plaintiff

v.

American Academy of Facial Plastic and
Reconstructive Surgery, et al.,

Defendants

Case no. 1:24-cv-1245-LMB-IDD

**MOTION TO MODIFY ORDER EXTENDING TIME TO SERVE COMPLAINT**

On June 10, 2025, the Court granted Relator's motion to extend the time allowed to serve the complaint by ninety (90) days. Dkt. No. 10. However, the Court's order set a new deadline of July 29, 2025, an extension of only 49 days.

Accordingly, Relator respectfully requests that the Court modify its June 10, 2025 order to set the deadline to serve the complaint at September 8, 2025. That date is ninety (90) days from the date of the Court's June 10, 2025 order.

Respectfully submitted,

/s/

Bruce Ellis Fein
Bruce Ellis Fein PLLC
Virginia State Bar # 44049
P.O. Box 506
Great Falls, VA 22066
bruce@newdream.net
703-248-0390
*Attorney for Relator*