IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. THE TARBELL GROUP, LLC, | ) | |
| Plaintiff, | ) | 1:24-cv-1245 (LMB/IDD) |
| v. | ) | |
| AM. ACADEMY OF FACIAL PLASTIC AND RECONSTRUCTIVE SURGERY, et al., | ) | |
| Defendants. | ) | |

ORDER

On July 17, 2024, relator The Tarbell Group LLC filed a two-count Complaint under the False Claims Act, 31 U.S.C. §§ 3729–33, "to recover funds illegally obtained by the defendants under federal COVID-19 relief laws." [Dkt. No. 1] at 3. The Complaint names sixty-four defendants, none of which appears to be associated with any other defendant, and many of which are not domiciled in the Alexandria Division of this Court.

The United States notified the Court on January 27, 2025 that it had elected not to intervene in the action, but it appears that a copy of that notice was not sent to the relator. See [Dkt. No. 6]. On January 30, 2025, the Court ordered that the Complaint be unsealed and served upon the defendants by the relator. See [Dkt. No. 7] at 1. It does not appear that the Clerk's Office sent a Notice of Electronic Filing of that order to the relator's counsel.

Federal Rule of Civil Procedure 4(m), as applied to civil actions brought under the False Claims Act, requires that service be made within ninety days of the Court expressly ordering service unless the relator shows good cause. See United States ex rel. Weiner v. Siemens AG, 87 F.4th 157, 161 & n.2 (2d Cir. 2023) (stating that "it is only when a district court expressly

'orders' a relator to serve a defendant that the Rule 4 period begins"). Thus, the Rule 4(m) period began in this civil action on January 30, 2025, and the relator had until April 30, 2025 to serve the Complaint.

On June 6, 2025, the Court ordered the relator to show cause as to why this civil action should not be dismissed because of the delay in serving the defendants. See [Dkt. No. 8]. The relator responded on June 10, 2025 by stating that it had only become aware of the January 30, 2025 order to serve the defendants on May 10, 2025,[1] and asked that the deadline to serve the Complaint be extended by ninety days. See [Dkt. No. 9]. The Court granted this motion in a June 10, 2025 order, and extended the deadline to serve by ninety days—from April 30, 2025 to July 29, 2025. See [Dkt. No. 10]. On July 13, 2025, the relator moved to extend the deadline to serve the Complaint to September 8, 2025, which is ninety days after the June 10, 2025 order that granted the initial extension. See [Dkt. No. 11].

In more carefully reviewing the Complaint, the Court realizes that all but the first defendant named therein must be dismissed because, in violation of Federal Rule of Civil Procedure 21, the Complaint improperly joins unrelated defendants, many of which are not domiciled in the Alexandria Division. See also E.D. Va. Local Civil Rule 3(C) ("Civil actions for which venue is proper in this district shall be brought in the proper division, as well."). For these reasons, it is hereby

ORDERED that all defendants, except for the American Academy of Facial Plastic and Reconstructive Surgery, be and are DISMISSED WITHOUT PREJUDICE from this civil action;

---

[1] The relator does not explain why, after it realized on May 10, 2025 that it had been ordered on January 30, 2025 to serve the defendants, it did nothing to comply with that order or request an extension until after the June 6, 2025 show cause order issued.

and it is further

ORDERED that the relator effect service on the remaining defendant within twenty-one (21) days of the date of this Order; and it is further

ORDERED that if the relator chooses to refile against any of the dismissed defendants, it may not join unrelated defendants in the same complaint and must ensure that, for all defendants named in a complaint, venue is proper in the Division of this District where the civil action is filed in accordance with Local Civil Rule 3(C).

The Clerk is directed to forward a copy of this Order to counsel of record.

Entered this 15th day of July, 2025.

Alexandria, Virginia

/s/ LMB
Leonie M. Brinkema
United States District Judge