**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

United States of America ex rel.
  The Tarbell Group, LLC,

    Plaintiff

        v.

American Academy of Facial Plastic and
  Reconstructive Surgery, Inc. and
Unknown John and Jane Does,

    Defendants

Case no. 1:24-cv-1245 (LMB/IDD)

**FIRST AMENDED COMPLAINT**

**Nature of the Case**

1.     Relator The Tarbell Group, LLC, brings this action for itself and the United States under the False Claims Act, 31 U.S.C. §§ 3729-3733, to recover funds illegally obtained by the defendants under federal COVID-19 relief laws.

**Jurisdiction and Venue**

2.     The Court has jurisdiction of, and is the appropriate venue for, this matter because it arises under a federal law, because the United States is a plaintiff, and because in this judicial district at least one defendant can be found, resides, transacts business in, or committed an act proscribed by the False Claims Act. 28 U.S.C. §§ 1331, 1345; 31 U.S.C. § 3732(a).

**Parties**

3.     Defendant American Academy of Facial Plastic and Reconstructive Surgery, Inc., is an entity exempt from taxation under section 501(c)(6) of the Internal Revenue Code, 26 U.S.C. § 501(c)(6) ("Tax-Exempt 501(c)(6) Organization") located at 310 South Henry Street, Alexandria, Virginia.

4.      Defendants Unknown John or Jane Does were at all relevant times directors, officers, employees, or otherwise agents by and through whom Defendant American Academy of Facial Plastic and Reconstructive Surgery, Inc. acted. On information and belief, they include Chief Executive Officer Steven J. Jurich, Treasurer Edward D. Buckingham, and Presidents Mary Lynn Moran, Paul J. Carniol, Corey S. Maas, and Theda C. Kontis.

**Background**

5.      To provide economic relief and stimulate the economy during the COVID-19 pandemic, Congress in 2020 enacted the Coronavirus Aid, Relief, and Economic Security Act, Pub. L. 116-136, amended by, inter alia, the Paycheck Protection Program Flexibility Act of 2020, Pub. L. 116-142 and the American Rescue Plan Act of 2021, Pub. L. 117-2 (2021) (together with implementing regulations, referred to herein as the "PPP Program"). The PPP Program effectively transferred money from the federal government to eligible recipients via the United States Small Business Administration ("SBA"). The transfers took the form of private loans guaranteed, forgiven and reimbursed by SBA ("PPP Loans"). PPP Loan recipients could receive up to two loans, one in each of two tranches, each called a "draw," i.e., first-draw and second-draw PPP Loans.

6.      A recipient could receive a second-draw loan only after having obtained a first-draw loan.

7.      As a condition of receiving PPP Loans and forgiveness thereof, each applicant was required to certify its eligibility under the PPP Program.

8.      The PPP Program excluded Tax-Exempt 501(c)(6) Organizations from eligibility until December 27, 2020.

9.      Defendant American Academy of Facial Plastic and Reconstructive Surgery, Inc., acting by and through and at the direction of Defendants Unknown John and Jane Does, applied for and received a first-draw PPP Loan, and forgiveness thereof, for which it was legally ineligible.

10.     Defendant American Academy of Facial Plastic and Reconstructive Surgery, Inc., acting by and through and at the direction of Defendants Unknown John and Jane Does, also applied for and received a second-draw PPP Loan for which it was ineligible as "fruit of the poisonous tree," because lawful receipt of a first-draw loan was a prerequisite to receive a second-draw loan.

### PPP Loans

11.     Defendant American Academy of Facial Plastic and Reconstructive Surgery, Inc., applied and received approval for, and forgiveness of, its PPP Loans on the dates and in the amounts shown on the table attached hereto, despite being legally ineligible for the same.

### First Cause of Action
### False Claims Act, 31 U.S.C. § 3729
### First-Draw PPP Loan

12.     Relator repeats and realleges each of the foregoing paragraphs.

13.     Defendant American Academy of Facial Plastic and Reconstructive Surgery, Inc. was ineligible to receive its PPP Loan(s) at the time it applied and received approval for, and forgiveness of, the same.

14.     Each defendant did knowingly present, or cause or be presented, a false or fraudulent claim for payment or approval, to the injury of the United States, by falsely certifying that American Academy of Facial Plastic and Reconstructive Surgery, Inc., was eligible for a first-draw PPP Loan and forgiveness thereof and thereby receiving the same.

15.     Each defendant did knowingly make, use, or cause to be made or use, a false record or statement material to a false or fraudulent claim, to the injury of the United States, by falsely

3

certifying that American Academy of Facial Plastic and Reconstructive Surgery, Inc., was eligible for a first-draw PPP Loan and forgiveness thereof and thereby receiving the same.

16.    Each defendant did knowingly make, use, or cause to be made or used, a false record or statement material to, or did knowingly conceal, or did knowingly and improperly avoid or decrease, an obligation to pay or transmit money or property to the United States government, by falsely certifying that American Academy of Facial Plastic and Reconstructive Surgery, Inc., was eligible for a first-draw PPP Loan and forgiveness thereof and thereby receiving the same.

**Second Cause of Action**
**False Claims Act, 31 U.S.C. § 3729**
**Second-Draw PPP Loan: Fruit of the Poisonous Tree**

17.    Relator repeats and realleges each of the foregoing paragraphs.

18.    Defendant American Academy of Facial Plastic and Reconstructive Surgery, Inc., received a second-draw PPP Loan for which it was ineligible due to its failure lawfully to obtain a first-draw PPP Loan.

19.    Because American Academy of Facial Plastic and Reconstructive Surgery, Inc., received its first-draw PPP Loan via fraud and under false pretenses, its second-draw PPP Loan constituted "fruit of the poisonous tree" and was unlawfully obtained.

20.    Each defendant did knowingly present, or cause or be presented, a false or fraudulent claim for payment or approval, to the injury of the United States, by falsely certifying that American Academy of Facial Plastic and Reconstructive Surgery, Inc., was eligible for a second-draw PPP Loan and forgiveness thereof and thereby receiving the same.

21.    Each defendant did knowingly make, use, or cause to be made or use, a false record or statement material to a false or fraudulent claim, to the injury of the United States, by falsely certifying that American Academy of Facial Plastic and Reconstructive Surgery, Inc., was eligible for a second-draw PPP Loan and forgiveness thereof and thereby receiving the same.

4

22.    Each defendant did knowingly make, use, or cause to be made or used, a false record or statement material to, or did knowingly conceal, or did knowingly and improperly avoid or decrease, an obligation to pay or transmit money or property to the United States government, by falsely certifying that American Academy of Facial Plastic and Reconstructive Surgery, Inc., was eligible for a second-draw PPP Loan and forgiveness thereof and thereby receiving the same.

**Prayer for Relief**

23.    WHEREFORE, Relator prays for the following relief against each defendant:

a.    A declaration that each defendant did violate the False Claims Act;

b.    An amount thrice the amount of PPP Loans and interest forgiven or otherwise not repaid with respect to each defendant, lending fees paid by SBA, foregone interest, and all other damages suffered by the United States government, plus civil penalties and applicable interest, under 31 U.S.C. § 3729(a)(1);

c.    The cost of this civil action, apportioned to each defendant respectively in proportion to its share of the aggregate damages recouped herein, under 31 U.S.C. § 3729(a)(3);

d.    An award to relator, including its reasonable expenses, attorneys' fees, and costs, under 31 U.S.C. § 3730(d)(1) or (2), as applicable; and

e.    Such other and further relief as may be just and proper.

**Demand for Jury Trial**

24.    Relator demands a trial by jury.

Respectfully submitted,

Bruce Ellis Fein
Bruce Ellis Fein, PLLC
P.O. Box 506
Great Falls, VA 22066
bruce@newdream.net
703-248-0390
*Attorney for Relator*

*United States of America ex rel. The Tarbell Group, LLC v. American Academy of Facial Plastic and Reconstructive Surgery, Inc.*
PPP Loans

| Name | Type | Loan No. | Draw | Date Eligible | Date Approved | Loan Amount | Forgiveness Date | Amount Forgiven |
|---|---|---|---|---|---|---|---|---|
| American Academy of Facial Plastic and Reconstructive Surgery | 501(c)(6) | 3652197309 | 1st | 12/27/2020 | 4/29/2020 | $163,600.00 | 3/11/2021 | $164,972.42 |
| American Academy of Facial Plastic and Reconstructive Surgery | 501(c)(6) | 8366808409 | 2nd | 12/27/2020 | 2/13/2021 | $151,502.00 | 6/16/2022 | $153,425.23 |

1