**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| United States of America ex rel. The Tarbell Group, LLC,<br><br>Plaintiff<br><br>v.<br><br>American Academy of Facial Plastic and Reconstructive Surgery, Inc. and Unknown John and Jane Does,<br><br>Defendants | Case no. 1:24-cv-1245 (LMB/IDD) |

**NOTICE REGARDING SERVICE OF PROCESS**

Relator The Tarbell Group, LLC provides this notice providing the Court with information regarding service of the complaint and summons herein, in accordance with the Court's order dated August 18, 2025.

On Monday, August 18, 2025, Relator filed a first amended complaint and initiated service thereof via the Same Day Process company to the address given on Defendant's website and on the loan applications which are the subject of this action. The amendment was as of right. Fed. R. Civ. P. 15(a)(1).

On August 25, 2025, Relator's counsel inquired with Same Day Service via telephone as to the status of the service. Same Day Service reported that a process server attempted to file the first amended complaint and summons on defendant American Academy of Facial Plastic and Reconstructive Surgery, Inc. on August 21, 2025, that the provided address appeared "visibly vacant" and unoccupied, with "scattered mail and papers all over the inside and outside of the

business." Relator's counsel has not yet received an affidavit from Same Day Process in this regard, but provides the email attached as an exhibit hereto containing the process server's report.

Relator will continue to attempt to serve the first amended complaint and summons in the ways provided for by Federal Rule of Civil Procedure 4. Relator respectfully submits that, pursuant to Federal Rule of Civil Procedure 4(m), the time to serve the complaint should be extended by 90 days from the date on which the first amended complaint was filed, or until November 17, 2025.

Respectfully submitted,

/s/

Bruce Ellis Fein
Bruce Ellis Fein, PLLC
P.O. Box 506
Great Falls, VA 22066
bruce@newdream.net
703-248-0390
*Attorney for Relator*