EXHIBIT

Gmail

Bruce Fein <fein.bruce@gmail.com>

# Status on Your Account#()

1 message

**Same Day Process Service, Inc.** <thankyou@samedayprocess.com>
To: bruce@newdream.net

Mon, Aug 25, 2025 at 2:12 PM

## Status Items

Status on Your Account:
Serve On: American Academy of Facial Plastic and Reconstructive Surgery, Inc.
Court Case: 1:24-cv-1245-LMB

| Date and Time | Address | Event Type | Photo | Detail |
|---|---|---|---|---|
| 08/21/2025 at 3:15 PM | 310 South Henry Street Alexandria VA 22314 | Attempt | p2025082221442368a7eb.jpg | This building is visibly vacant. There was no one inside. There is scattered mail and papers all over the inside and outside of the business. I left a card at the business and also called the number posted on the front of the building and received no answer. |

Service Comments:



**p2025082221442368a7eb.jpg**
166K