IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| United States of America, ex rel. The Tarbell Group, LLC,<br><br>Plaintiff,<br><br>v.<br><br>American Academy of Facial Plastic and Reconstructive Surgery, Inc. and Unknown John and Jane Does,<br><br>Defendant(s). | Case No. 1:24-CV-1245 |

**DEFENDANT'S MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6) AND FCA PUBLIC DISCLOSURE BAR**

COMES NOW Defendant American Academy of Facial Plastic and Reconstructive Surgery, Inc. ("AAFPRS"), by and through undersigned counsel, and moves to dismiss Relator The Tarbell Group, LLC's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), the FCA's public disclosure bar, and E.D.Va. Local Civil Rule 7. For the reasons set forth in AAFPRS's memorandum accompanying this motion, AAFPRS respectfully requests that this Court dismiss Relator's Complaint with prejudice.

Respectfully submitted,

Dated: September 29, 2025

By: */s/ John P. Pennington*
John P. Pennington (Va. Bar No. 82512)
SMITH, GAMBRELL & RUSSELL, LLP
1055 Thomas Jefferson St. NW, Ste. 400
Washington, DC 20007
Telephone: (202) 263-4360
Facsimile: (202) 263-4325
jpennington@sgrlaw.com

*Pro Hac Vice Admission to be applied for:*
Wm. Parker Sanders (Ga. Bar No. 626020)
Erin N. Spritzer (Ga. Bar No. 152374)
SMITH, GAMBRELL & RUSSELL, LLP
1105 W. Peachtree St. N.E., Ste. 1000
Atlanta, Georgia 30309
Telephone: (404) 815-3500
Facsimile: (404) 815-3509
psanders@sgrlaw.com
espritzer@sgrlaw.com

*Attorneys for Defendant*
*American Academy of Facial Plastic*
*And Reconstructive Surgery, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of September 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send an e-mail to all counsel of record.

/s/ John P. Pennington
Attorney