IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| United States of America, ex rel. The Tarbell Group, LLC,<br><br>Plaintiff,<br><br>v.<br><br>American Academy of Facial Plastic and Reconstructive Surgery, Inc. and Unknown John and Jane Does,<br><br>Defendant(s). | Case No. 1:24-CV-1245 |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**

Upon consideration of Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) and any opposition thereto, it is hereby ORDERED that Defendant's Motion to Dismiss is GRANTED and Relator's Amended Complaint is dismissed with prejudice.

Dated: this the ____ of _________ 2025

_______________________
Hon. Leonie M. Brinkema
United States District Judge