# EXHIBIT A

| A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LoanNumber | DateAppr | SBAOffic | Processi | BorrowerName | BorrowerAddress | BorrowerCity | BorrowerState | BorrowerZip | LoanStatusDate | LoanStatus | Term |
| 3652197309 | 4/29/2020 | 0353 | PPP | AMERICAN ACADEMY OF FACIAL PLAS | 310 S. Henry Street | ALEXANDRIA | VA | 22314-3524 | 4/10/2021 | Paid in Full | 24 |
| 8366808409 | 2/13/2021 | 0353 | PPS | AMERICAN ACADEMY OF FACIAL PLAS | 310 S Henry St | Alexandria | VA | 22314-3524 | 8/3/2022 | Paid in Full | 60 |

| A | M | N | O | P | Q | R | S | T | U |
|---|---|---|---|---|---|---|---|---|---|
| LoanNumber | SBAGuarantyPerc | InitialApprovalAmount | CurrentApprovalAmount | Undisbu | FranchiseName | Servicing | ServicingLenderName | ServicingLenderAddress | ServicingLenderCity |
| 3652197309 | 100 | 163600 | 163600 | 0 | | 73259 | United Bank | 11185 Fairfax Blvd | FAIRFAX |
| 8366808409 | 100 | 151502 | 151502 | 0 | | 73259 | United Bank | 11185 Fairfax Blvd | FAIRFAX |

| A | V | W | X | Y | Z | AA | AB | AC | AD |
|---|---|---|---|---|---|---|---|---|---|
| LoanNumber | ServicingLenderState | ServicingLenderZip | RuralUrbanIndicator | HubzoneIndicator | LMIIndicator | BusinessAgeDescription | ProjectCity | ProjectCountyName | ProjectState |
| 3652197309 | VA | 22030-5049 | U | N | N | Existing or more than 2 years old | ALEXANDRIA | ALEXANDRIA CITY | VA |
| 8366808409 | VA | 22030-5049 | U | N | N | Existing or more than 2 years old | Alexandria | ALEXANDRIA CITY | VA |

| A | AE | AF | AG | AH | AI | AJ | AK | AL | AM | AN | AO | AP | AQ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LoanNumber | ProjectZip | CD | JobsReported | NAICSCode | Race | Ethnicity | UTILITIES_PROCEED | PAYROLL_PROCEED | MORTGA | RENT_PR | REFINAN | HEALTH_ | DEBT_IN |
| 3652197309 | 22314-3524 | VA-08 | 9 | 813212 | Unanswered | Unknown/NotStated | | 163600 | | | | | |
| 8366808409 | 22314-3524 | VA-08 | 9 | 813212 | Unanswered | Unknown/NotStated | | 151502 | | | | | |

| A | AR | AS | AT | AU | AV | AW | AX | AY | AZ | BA |
|---|---|---|---|---|---|---|---|---|---|---|
| LoanNumber | BusinessType | OriginatingLenderLocationID | OriginatingLender | OriginatingLenderCity | OriginatingLend | Gender | Veteran | NonProfit | ForgivenessAmount | ForgivenessDate |
| 3652197309 | Professional Associ | 73259 | United Bank | FAIRFAX | VA | Unanswered | Unanswered | | 164972.42 | 3/11/2021 |
| 8366808409 | Professional Associ | 73259 | United Bank | FAIRFAX | VA | Unanswered | Unanswered | | 153425.23 | 6/16/2022 |