# EXHIBIT D

*Tracking PPP*

# Search Every Company Approved for Federal Loans

**Search for PPP loan applications by organization, lender, zip code and business type.**

Search



## AMERICAN ACADEMY OF FACIAL PLASTIC AND RECONSTRUCTIVE SURGER

Why is my loan information here?

Loan Amount

**$151,502**

Amount Forgiven

**$153,425**

*Includes any accrued interest*

Where applicants said the money will go

| | |
|---|---|
| Payroll | $151,502 |
| Utilities | $0 |
| Mortgage Interest | $0 |
| Health Care | $0 |
| Rent | $0 |
| Refinance EIDL | $0 |
| Debt Interest | $0 |

Location

Alexandria, VA

Urban

Industry

Voluntary Health Organizations

Date Approved

Feb. 13, 2021 (Second Round)

Lender

United Bank

Jobs Reported

9

Business Type

Professional Association

Business Age

Existing or more than 2 years old

Loan Status

Forgiven

Companies and nonprofit organizations that receive PPP loans may have the loans forgiven if they meet certain criteria, including not laying off employees during the defined period covered by the loan. Applicants must attest in their application that the loans are necessary for their continuing operation. Note: This data reflects loan applications approved by banks and submitted to the SBA. It may not account for money not distributed to, or credit not used by, a given company.

If you are a representative of this company and believe this record is in error, use this form to let the SBA know.

**About this data**

This data comes from the Small Business Administration, and includes lender-approved loans under the Paycheck Protection Program as of June 1, 2021. Other loan programs, such as Economic Injury Disaster Loans, are not included in this database. The data includes the congressional district of each organization, but for Pennsylvania and North Carolina the districts do not reflect 2018 redistricting.

Journalists: Thank you for using this database. Please cite ProPublica by linking to this page. Questions? Contact us.

ProPublica
ProPublica Illinois
The Data Store
Topics
Series
News Apps
Get Involved
Impact
Corrections

---

About Us
Board and Advisors
Officers and Staff
Diversity
Jobs and Fellowships
Reports
Media Center
Advertising Policy
Code of Ethics
Privacy Policy

---

Subscribe by Email
Subscribe by RSS
Twitter
Facebook
iOS and Android
Podcast

---

Leak to Us
Steal Our Stories
Contact Us
Donate

PROPUBLICA
© Copyright 2017 Pro Publica Inc.