IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA, *ex rel.* THE TARBELL GROUP, LLC,

Plaintiff/Relator,

AMERICAN ACADEMY OF FACIAL PLASTIC AND RECONSTRUCTIVE SURGERY, INC. AND UNKNOWN JOHN AND JANE DOES,

Defendants.

NO.: 1:24-cv-1245 (LMB/IDD)

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and in accordance with the terms and conditions of the January 7, 2026 Settlement Agreement among the United States of America, acting through the United States Attorney's Office for the Eastern District of Virginia and on behalf of the Small Business Administration; Defendant American Academy of Facial Plastic and Reconstructive Surgery, Inc.; and Relator The Tarbell Group, LLC, (collectively "the Parties"), jointly stipulate to the entry of an order dismissing the above-styled action with prejudice.

The Parties respectfully request that the Court enter the agreed upon and attached proposed Order.

DATED: January 13, 2026

AGREED TO:

UNITED STATES OF AMERICA

LINDSEY HALLIGAN
United States Attorney And
Special Attorney

TODD W. BLANCHE
Deputy Attorney General

By: */s/ David Tannenbaum*
DAVID TANNENBAUM, ESQ.
Assistant United States Attorney
*Counsel for the United States*
2100 Jamieson Avenue
Alexandria, VA 22314
Tel: (703) 838-2627
Fax: (703) 299-3898
Email: david.tannenbaum2@usdoj.gov

AGREED TO:

DEFENDANT AMERICAN ACADEMY OF
FACIAL PLASTIC AND
RECONSTRUCTIVE SURGERY, INC.

By: /s/ Wm. Parker Sanders
WM. PARKER SANDERS, ESQ.
Smith, Gambrell & Russell, LLP
*Counsel for Defendant American Academy of Facial Plastic and Reconstructive Surgery, Inc.*
1105 W. Peachtree St. N.E., Suite 1000
Atlanta, GA 30309
Tel: (404) 815-3684
Fax: (404) 685-6984
Email: psanders@sgrlaw.com

AGREED TO:

RELATOR THE TARBELL GROUP, LLC

By: __/s/ Bruce Ellis Fein_____________
BRUCE ELLIS FEIN, ESQ.
Law Office of Bruce Ellis Fein, PLLC
*Counsel for Relator The Tarbell Group, LLC*

P.O. Box 506
Great Falls, VA 22066
Tel: (703) 248-0390
Email: brucc@newdream.net

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* THE TARBELL GROUP, LLC,<br><br>Plaintiff/Relator,<br><br>AMERICAN ACADEMY OF FACIAL PLASTIC AND RECONSTRUCTIVE SURGERY, INC. AND UNKNOWN JOHN AND JANE DOES,<br><br>Defendants. | ) | NO.: 1:24-cv-1245 (LMB/IDD) |

ORDER OF DISMISSAL WITH PREJUDICE

The United States of America, acting through the United States Attorney's Office for the Eastern District of Virginia and on behalf of the Small Business Administration; Relator The Tarbell Group, LLC; and Defendant American Academy of Facial Plastic and Reconstructive Surgery, having jointly filed a Joint Stipulation of Dismissal with Prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), it is hereby

ORDERED that the above-styled action be and is DISMISSED WITH PREJUDICE.

Dated: ________________ ________________________________